Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAN BOZIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** ) ) ) | Case No. 2:14-cv-02934-RGK-CW <br> <br> **CLASS ACTION** |
| **Plaintiff,** ) <br>       **vs.** ) <br> **CLIENT SERVICES, INC,** ) <br> **Defendant.** ) | **NOTICE OF SETTLEMENT** <br> <br> **Hon. R. Gary Klausner** |

   NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: August 12, 2014          Law Offices of Todd M. Friedman, P.C.

                By: /s/ Todd M. Friedman.
                   Todd M. Friedman, Attorneys for Plaintiff,
                   Dan Bozin

Notice of Withdrawal

Filed electronically on this 12th day of August, 2014, with:

United States District Court CM/ECF system

Notification of filing sent via court's system to:

David Kaminski
CARLSON & MESSER LLP
5959 W. Century Blvd
#1214
Los Angeles CA 90045


s/Todd Friedman
   Todd Friedman

Notice of Withdrawal