```
David J. Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN: 205175)
kaminskid@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendant,
CLIENT SERVICES, INC.
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN BOZIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>CLIENT SERVICES, INC.,<br><br>Defendant | Case No. 2:14-cv-02934-RGK-CW<br><br>**STIPULATION TO DISMISS** |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff DAN BOZIN, an Individual ("Plaintiff"), through his counsel or record, Abbas Kazerounian of the Kazerouni Law Group, APC, and Defendant CLIENT SERVICES, INC. ("Defendant"), through its counsel of record, David J. Kaminski of Carlson & Messer LLP, hereby file this Stipulation to Dismiss Defendant CLIENT SERVICES, INC., from the

above-entitled action, with prejudice, and to dismiss without prejudice, the class action claims asserted in the lawsuit pursuant to FRCP 41(a)(1)(A)(ii).

Each party to bear their own costs and expenses.

DATED: August 21, 2014          **KAZEROUNI LAW GROUP, APC**

                                        By:  /s/ Abbas Kazerouni
                                              Abbas Kazerounian
                                              Attorneys for Plaintiff,
                                              DAN BOZIN

DATED: August 21, 2014          **CARLSON & MESSER LLP**

                                        By:  /s/ David J. Kaminski
                                              David J. Kaminski
                                              Stephen A. Watkins
                                              Attorneys for Defendant,
                                              CLIENT SERVICES, INC.