```
Priority    ____
Send        ____
Enter       ____
Closed      ✓
JS-5/JS-6   ____
JS-2/JS-3   ____
Scan Only   ____
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN BOZIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>CLIENT SERVICES, INC.,<br><br>Defendant | Case No. 2:14-cv-02934-RGK-CW<br><br>[PROPOSED] ORDER RE: STIPULATION TO DISMISS |



IT IS SO ORDERED
Dated OCT 10 2014
United States District Judge

The Court has reviewed the Joint Motion of Plaintiff DAN BOZIN and Defendant CLIENT SERVICES INC. Good cause appearing, the Court grants the parties' Stipulation to Dismiss. As stipulated by the parties, the action is dismissed with prejudice as to Plaintiff DAN BOZIN and dismissed without prejudice as to the putative class members, pursuant to FRCP 41(a)(1)(A(ii), with each party to bear their respective attorneys' fees and costs.